IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VERNON SUZUKI,<br><br>    Plaintiff,<br><br>vs.<br><br>HELICOPTER CONSULTANTS OF MAUI, INC., a Hawaii corporation d/b/a BLUE HAWAIIAN HELICOPTERS; NEVADA HELICOPTER LEASING, LLC; DOE DEFENDANTS 1-10,<br><br>    Defendants. | Civ. No. 13-00575 JMS-KJM<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION, ECF NO. 405 |

**ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION, ECF NO. 405**

Findings and Recommendation having been filed and served on all parties on May 1, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO GRANT IN PART AND DENY IN PART

///

///

///

///

PLAINTIFF VERNON SUZUKI'S AMENDED BILL OF COSTS," ECF No. 405, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, May 22, 2017.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*Suzuki v. Helicopter Consultants of Maui, Inc., et al.*, Civ. No. 13-00575 JMS-KJM, Order Adopting Magistrate Judge's Findings and Recommendation, ECF No. 405